JUN 7 2005

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

04 2432

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

## IN THE UNITED STATES DISTRICT COURT

### FOR THE

Russell E. Dilbeck
_____
Petitioner

#08269055
F.M.C. Devens
P.O. Box 879, Ayer, MA 01432-0879
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.

David L. Winn, Warden
_____
Respondent(s)

_____
_____
(Name of Warden or other authorized person
having custody of Petitioner).

CIVIL ACTION NO._____

# 05-40095 RGS

## PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

_____ A conviction
_____ A sentence **(CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
___✓___ Other. State briefly: Civil Commitment
_____
_____
_____

2. Place of detention: F.M.C. Devens
_____
_____

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes          _____✓_____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _____

b. Nature of proceeding: _____
_____

c. Grounds raised: _____
_____
_____
_____
_____

d. Result: _____
_____

e. Date of result: _____

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____
_____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
_____
_____
_____
_____

5. Does counsel presently represent you? _____ Yes _____ No

If so, Name address and phone number of counsel: _____
_____
_____

6. Name and location of court, which imposed sentence: _____
_____
_____

7. Indictment or case number, if known: _____

8. Offense or Offenses for which sentence was imposed: _____

_____

9. Date upon which sentence was imposed and the term of the sentence: _____

_____

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
_____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes __✓__ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one)
_____
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _____
_____

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not conclusions, in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

_____
_____
_____
_____
_____
_____
_____

b. Ground Two: _____
_____

Supporting Facts: _____
_____
_____
_____
_____
_____

Ground Three: _____
_____

Supporting Facts: _____
_____
_____
_____
_____
_____

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____✓_____ No

(1) If your answer to "a" above is yes, what was the result? _____
_____
_____

(2) If your answer to "a" above is no, explain: _____
_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____✓_____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
_____
_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Request That this court should entertain the merits of my pro se petition for Release to community placement pursuant to 18 u.s.c. section 4247 (H) Archuleta, v. Hedricks, 365 F 3d 644 (8 Th Cir 2004) I believe that my mental disorder is in partial Remission as a Result of treatment with psychotropic medication. I Also feel That The drug Regimen is medically appropriate and it has helped me to Recover my sanity.
I further believe That because I have been civilly committed I do not have to exhaust my prison Remedies nor am I subject to inmate account procedures of 28 u.s.c. section 1915. See Perkins V. Hedricks, 340 F3d 582 (8 Th Cir 2003)
therefore, I Request an order from this court consistent with The above.

Signed on this the ___2___ day of ___June___, 200_5_.

_Russell E, Dilbeek_
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

**Executed on:** ___June 2___, 200_5_.

_Russell E, Dilbeek_
Signature of petitioner