**05-40095 RGS**

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

Russell E. Dilbeck
(Petitioner)

v.

David L. Winn, Warden
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, R.E.D., declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   _____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____None_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

Russell E. Dilbeck
Signature of Petitioner

Certificate

I hereby certify that the movant herein has the sum of $ _78.79_ on account to his credit at the _FMC Devens_ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _FMC Devens_ institution: ___
_No known securities_

_____ /R.A. Tiefer, Case Manager
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)