UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL E. DILBECK,
        Petitioner,

v.        Civil Action No. 05-40095-RGS

DAVID WINN, WARDEN,
        Respondent.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED without prejudice for the following reason(s):

The Petitioner has made an insufficient showing that he is without assets to pay the $5.00 filing fee. The Petitioner shall pay the filing fee within forty-two (42) days, in accordance with the Memorandum and Order on the application to proceed *in forma pauperis.* Failure to pay the filing fee as directed may result in dismissal of this action.

☒    Notwithstanding the unresolved filing fee, a separate Service Order shall issue directing the Respondent to file a response to the petition.

SO ORDERED.

<u>June 23, 2005</u>                      <u>/s/ Richard G. Stearns</u>
DATE                              RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE