UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL E. DILBECK,
            Petitioner,

v.                                     Civil Action No. 05-40095-RGS

DAVID WINN, WARDEN,
            Respondent.

O R D E R

On June 16, 2005, Petitioner Russell E. Dilbeck, a civilly committee confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(2) The Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

June 23, 2005                                  /s/ Richard G. Stearns
DATE                                             RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE