UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL DILBECK, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No.: 05-40095-RGS |
| DAVID WINN, WARDEN, FMC DEVENS, | ) |
|  | ) |
| Respondent. | ) |

## RESPONDENT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), the Respondent, David Winn, hereby moves for dismissal on the ground that the Court lacks jurisdiction over the subject matter of the Petitioner's Petition for a Writ of Habeas Corpus. In support of the motion, the Respondent submits that attached memorandum of law and exhibit.

Wherefore, the Respondent requests that the Petition be dismissed.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Jeffrey M. Cohen
       JEFFREY M. COHEN
       Assistant U.S. Attorney
       John Joseph Moakley U. S. Courthouse
       One Courthouse Way, Suite 9200
       Boston, Massachusetts 02210
       (617) 748-3100

## CERTIFICATE OF COMPLIANCE

The Respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a

civil detainee currently committed in FMC Devens, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

       /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2004, the foregoing document was served upon Petitioner, Russell Dilbeck, Reg. No. 08269-055, FMC Devens, P.O. Box 879, Ayer, MA 01432 by mail.

       /s/ Jeffrey M. Cohen
Jeffrey M. Cohen